COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                        NO.
2-05-440-CV

 

EX PARTE JAMES A. TENNIAL

                                                                                                        

                                               ----------

            FROM THE 211TH
DISTRICT COURT OF DENTON COUNTY

                                               ----------

                  MEMORANDUM OPINION[1] AND JUDGMENT

                                               ----------

We have considered the AMotion To Dismiss Appeal@ filed by the Appellant, the Texas Department of Public Safety.   It is the court's opinion that the motion
should be granted; therefore, we dismiss the appeal.  See TEX. R. APP. P.
42.1(a)(1), 43.2(f).  

Appellant shall pay all costs of this appeal, for which let execution
issue.  See Tex. R. App. P. 42.1(d).

 

PER
CURIAM       

 

 

PANEL D: WALKER, J.; CAYCE,
C.J.; and MCCOY, J.

 

DELIVERED: March 30, 2006








 











[1]See Tex. R. App. P. 47.4.